Sheehan & Associates, P.C.   60 Cuttermill Road, Suite 409, Great Neck NY 11021-3104
spencer@spencersheehan.com   tel. (516) 268-7080   fax (516) 234-7800

February 17, 2021

District Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

Re:   1:20-cv-10924-JGK
Glover v. Bob's Discount Furniture, LLC

Dear District Judge Koeltl:

This office represents the Plaintiff. In accordance with your Honor's Individual Practices, Rule I(E), Plaintiff requests an adjournment of the initial conference and submission of the accompanying Rule 26(f) Report. ECF No. 4, January 28, 2021.

The original initial conference date is Tuesday, March 2, 2021 at 12:00 PM and the Rule 26(f) Report is to be submitted before the initial conference. ECF No. 4. The proposed new date for the initial conference is Monday, May 24, 2021, with the Rule 26(f) Report submitted no later than Friday, May 21, 2021.

The reason for this request is because the parties have been in negotiation for Defendant to waive service of the summons. This action was filed on Friday, December 25, 2020 and the deadline for service is Thursday, March 25, 2021. Nevertheless, Plaintiff anticipates filing a signed waiver of service in advance of that date.

There have been no previous requests for adjournments of the conference date and submission of the accompanying Rule 26(f) Report. No prior request was granted or denied. The requested adjournment does not affect any other scheduled dates. The request is submitted at least 48 hours prior to the date by which the parties are required to submit the Rule 26(f) Report. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

Application granted.
SO ORDERED

/s/ John G. Koeltl
February 18, 2021        John G. Koeltl
New York, NY              U.S.D.J.

Certificate of Service

I certify that on February 17, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan