```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**RENAL GLOVER, ET AL.,**

             **Plaintiffs,**

    **- against -**

**BOB'S DISCOUNT FURNITURE, LLC, ET AL.,**

             **Defendants.**

**20-cv-10924 (JGK)**

**ORDER**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

A joint pre-motion conference concerning both defendants' anticipated motions is scheduled for **September 7, 2021 at 2:00 p.m.** The parties may use the following dial-in to access the conference: 888-363-4749, with access code 8140049.

The Clerk is directed to close Docket Nos. 32 and 33.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **August 23, 2021**

                                    **/s/ John G. Koeltl**
                                    **John G. Koeltl**
                           **United States District Judge**